

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>D-1 VICTOR HERNANDEZ,<br><br>D-2 CAROLYN HERNANDEZ-TAYLOR,<br><br>Defendants. | Case: 2:22-cr-20450<br>Judge: Parker, Linda V.<br>MJ: Grand, David R.<br>Filed: 08-31-2022<br>INDI USA VS HERNANDEZ, ET AL (DP)<br><br>VIO: 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 856(a)(1)<br>18 U.S.C. 922(g)(1)<br>18 U.S.C. 924(C)(1)(A) |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

(21 U.S.C. §§ 846 & 841(a)(1) - Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance)

D-1 VICTOR HERNANDEZ
D-2 CAROLYN HERNANDEZ-TAYLOR

1. Beginning in or around January 2022, and continuing to on or about August 23, 2022, in the Eastern District of Michigan, and elsewhere, the defendants, D-1 VICTOR HERNANDEZ and D-2 CAROLYN HERNANDEZ-TAYLOR, did knowingly and intentionally combine, conspire, confederate, and agree with other

1

persons known and unknown to the grand jury to possess with the intent to distribute and to distribute controlled substances.

2. The controlled substance attributable to D-1 VICTOR HERNANDEZ and D-2 CAROLYN HERNANDEZ-TAYLOR as a result of their own conduct, and the conduct of other members of the conspiracy that was reasonably foreseeable to them, is 500 grams or more of a mixture or substance containing a detectable amount of cocaine.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

## COUNT TWO

(21 U.S.C. § 841(a)(1) – Distribution of a Controlled Substance)

D-1 VICTOR HERNANDEZ
D-2 CAROLYN HERNANDEZ-TAYLOR

On or about February 18, 2022, in the Eastern District of Michigan, the defendants, D-1 VICTOR HERNANDEZ and D-2 CAROLYN HERNANDEZ-TAYLOR, did knowingly and intentionally distribute a controlled substance, specifically a mixture or substance containing a detectable amount of cocaine, which is a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

(21 U.S.C. § 841(a)(1) – Distribution of a Controlled Substance)

D-1 VICTOR HERNANDEZ
D-2 CAROLYN HERNANDEZ-TAYLOR

On or about April 13, 2022, in the Eastern District of Michigan, the defendants, D-1 VICTOR HERNANDEZ and D-2 CAROLYN HERNANDEZ-TAYLOR, did knowingly and intentionally distribute a controlled substance, specifically a mixture or substance containing a detectable amount of cocaine, which is a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FOUR

(21 U.S.C. § 856(a)(1)-Maintaining a drug premises)

D1 - VICTOR HERNANDEZ

Beginning in or around January 2022, and continuing through on or about August 2022, in the Eastern District of Michigan, the defendant, D-1 VICTOR HERNANDEZ, did knowingly use and maintain a place located on Florida Street, in Detroit, Michigan, for the purpose of manufacturing and distributing controlled substances, including cocaine, in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT FIVE

(18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm)

D-1 VICTOR HERNANDEZ

On or about August 23, 2022, in the Eastern District of Michigan, D-1 VICTOR HERNANDEZ, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit; (1) a Colt M4 Carbine Assault Rifle, (2) a Spike Tactical Assault Rifle, and (3) a FN Five Seven 5.7 caliber pistol, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIX

(18 U.S.C. § 924(c)(1)(A) - Possession of a Firearm
in Furtherance of a Drug Trafficking Crime)

D1 - VICTOR HERNANDEZ

On or about August 23, 2022, in the Eastern District of Michigan, the defendant, D-1 VICTOR HERNANDEZ, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, specifically, conspiracy to possess with intent to distribute and to distribute a controlled substance as alleged in Count One of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## **FORFEITURE ALLEGATIONS**

1.  The allegations set forth above in this Indictment are hereby incorporated by reference as if they were set forth in full herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853. The allegations contained in counts five and six of this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.  Pursuant to Title 21, United States Code, Section 853(a), upon conviction of any of the controlled substance offenses in violation of Title 21, as alleged in this Indictment, the defendant shall forfeit to the United States: (a) any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation; and (b) any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation(s).

> **Substitute Assets:** If the property described above as being subject to forfeiture, as a result of any act of the defendant:
>
> a.  cannot be located upon the exercise of due diligence;
> b.  has been transferred or sold, or deposited with, a third party;
> c.  has been placed beyond the jurisdiction of the Court;
> d.  has been substantially diminished in value; or

5

    e. has been commingled with other property that cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. 853(p) as incorporated by 18 U.S.C. 982(b), to seek to forfeit any property of the defendant up to the value of the forfeitable property described above.

  4. Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of the offenses in violation of 18 U.S.C. §§ 922 and 924(c) set forth in counts five and six of this Indictment, the defendant shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense.

  5. **Money Judgment:** Upon conviction of one or more violations alleged in this Indictment, the United States will seek a forfeiture money judgment against the defendant in an amount representing the total amount of proceeds obtained as a result of the aforementioned offenses, and/or the total amount involved in the violations of Title 21 of the United States Code.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/ Benjamin Coats*
BENJAMIN COATS
Chief, Drug Task Force
Assistant United States Attorney

*s/ Robert Jerome White*
ROBERT JEROME WHITE
Assistant United States Attorney

Dated: August 31, 2022

7

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes ☒ No | AUSA's Initials: RJW |

**Case Title:** USA v. Victor Hernandez, et al

**County where offense occurred :** Wayne

**Check One:** ☒ Felony ☐ Misdemeanor ☐ Petty

⎯⎯ Indictment/⎯⎯ Information --- **no** prior complaint.
✓ Indictment/⎯⎯ Information --- based upon prior complaint [Case number: 22-30357, 22-30354 ]
⎯⎯ Indictment/⎯⎯ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____ **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 31, 2022
Date

Robert White
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9620
E-Mail address: Robert.White@usdoj.gov
Attorney Bar #: IL 6304282

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.